# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE HARDY, BERNICE P. HARDY REVOCABLE LIVING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK NATIONAL ASSOCIATION, CALIBER HOME LOANS and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 2:15−cv−8624−RGK(JEMx)<br><br>State Court Case No: BC596895<br><br>**JUDGMENT OF DISMISSAL** |

On December 17, 2015, after having read the papers of the parties and the court having taken the matter under submission without oral argument, the Court granted JPMorgan Chase Bank N.A.'s Motion to Dismiss Complaint and Caliber Home Loans' Motions to Dismiss Complaint. See attached Exhibit A.

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendants JPMorgan Chase Bank, N.A. and Caliber Home Loans and against Plaintiffs Bernice Hardy and Bernice P. Hardy Revocable Living Trust as to each and every cause of action set forth in the Complaint and that Plaintiffs take nothing by way of their claims against Defendants. |

DATED: January 08, 2016

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

Submitted by:

DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
BENTLEY P. STANSBURY III, CASB No. 229102
bentley.stansbury@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:     (562) 436-2000
Facsimile:      (562) 436-7416

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

KYL_LB1884901